## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re: Larry & Arnetta Perry                    Bankruptcy Case No: 04B 31341
                                                Chapter: 13

    Debtor

## APPLICATION TO PAY FILING FEE AND ADMINISTRATIVE FEE IN INSTALLMENTS

In accordance with Fed. R. Bankr P. 1006 and Item 8 of the Judicial Conference Schedule of Fees for Bankruptcy Courts, application is made for permission to pay the filing fee on the following terms:

    $ 40.00        with the filing of the petition, and the balance of
    $ 154.00       in 4 installments no more than four of which are to be
                   attributed in whole or in part to the filing fee, as follows:

    $ 40.00        on or before September 22, 2004
    $ 40.00        on or before October 21, 2004
    $ 40.00        on or before November 19, 2004
    $ 34.00        on or before December 17, 2004

**FILED AUG 24 2004** KENNETH S. GARDNER CLERK, PSREP.-MBM, UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS

I certify that I am unable to pay the filing fee or the administrative fee except in installments. I further certify that I have not paid any money or transferred any property to an attorney or any other person for services in connection with this case or in connection with any other pending bankruptcy case and that I will not make any payment or transfer any property for services in connection with the case until the filing fee and the administrative fee are paid in full.

*(Check the box below when the following statement applies)*
☐   I further certify that I am unable to complete the required payments within 120 days after the filing of my petition. Accordingly, application is made to extend the period for paying installments to 180 days after the filing of the petition.

Date: _____

X /s/ Larry Perry
X /s/ Arnetta Perry
Applicant
9576 S. Colfax
Address of Applicant
Chicago, Illinois 60617

### Order

**IT IS ORDERED** that the debtor pay the filing fee and the administrative fee in installments on the terms set forth in the foregoing application.

**IT IS FURTHER ORDERED** that until the filing fee and the administrative fee are paid in full the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property for services in connection with this case.

                            BY THE COURT

Date: _____        _____

3